## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA E. CRUZ MALDONADO

DEBTOR(S)

CASE NUM.: 11-02535 SEK

CHAPTER 13 (ASSET CASE)

**DEBTOR'S OBJECTION TO CLAIM #2-1 FILED
BY SCOTIABANK DE PUERTO RICO**

**TO THE HONORABLE COURT:**

**COMES NOW** debtor represented through its undersigned counsel and respectfully objects proof of claim number 2-1 filed by Scotiabank de Puerto Rico in the amount of $8,270.22 and assigns the following reasons for the same:

1. The proof of claim does not comply with Federal Rule of Bankruptcy Procedure 3001(c) because on an alleged auto deficiency, but no supporting documents are attached to the proof of claim.
2. The proof of claim filed fails to provide account transaction summary or other information that would show how the total amount claimed has been calculated. An itemization of the principal balance of the debt, interest and other charges (if any) is not attached to the proof of claim, as required by the instructions to Official Form 10.
3. The only document attached to the claim form is a "Bill of Sale and Assignment of Assets", which fails to provide any information related to the alleged debt.
4. Debtor has not listed the claim, and does not acknowledge it.

5. Scotiabank de Puerto Rico is a debt buyer that has filed an undocumented, unsubstantiated proof of claims. Filed its claims, in violation of Federal Rule of Bankruptcy Procedure 3001(c).

**WHEREFORE** debtor respectfully requests of this Honorable Court to disallow the proof of claim filed by Scotiabank of Puerto Rico, and order such other and further relief as is just and proper.

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

In San Juan, Puerto Rico, this 9th day of May 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail.valdeslaw@prtc.net

I **HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-02535-SEK13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor MARIA E. CRUZ MALDONADO
valdeslaw@prtc.net

I **HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**10-02535-SEK13 Notice will not be electronically mailed to:**

AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR  00936-6818

CAXH LLC
370 17TH STREET, SUITE 5000
DENVER, CO  80202

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR  00936

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR  00918

DORAL FINANCIAL CORPORATION
PO BOX 71528
SAN JUAN, PR  00936-8628

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRST BANK
DEPARTAMENTO DE AUTOS
PO BOX 13817
SAN JUAN, PR  00908-3817

GAB
100 GAP ONLINE DRIVE
GROVE CITI, OH  43123-8605

LCDA. SALLY D. DELGADO ARROYO
PO BOX 367054
SAN JUAN, PR  00936-7054

Midland Credit Mgmt
8875 Aero Dr
San Diego, CA  92123

OLD NAVY/GEMB
PO BOX 530942
ATLANTA, GA  30353-0942

RONCOLI, BAERGA & ASSOCIATES
COLLECTION AGENCY
PO BOX 363894
SAN JUAN, PR  00936-3894

SCOTIABANK
PO BOX 362230
SAN JUAN, PR  00936-2230

SEARS
PO BOX 183081
COLOMBUS, OH  43218-3081

Security Credit Servic
2653 W Oxford Loop
Oxford, MS  38655

YADIRA TORRES RODRIGUEZ
URB PORTAL DE LAS PIEDRAS
CALLE SOL TAINO 502
LAS PIEDRAS, PR  00771

ZALES CREDIT PLAN
PROCESSING CENTER
DES MOINES, IA  50364-0001